UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
JACKSONVILLE DIVISION

CENTENNIAL BANK,

    Plaintiff,

v.                          Case No.3:12-cv-746-J-12TEM

THE ARCHER GROUP, LLC, et al.,

    Defendants.

## ORDER

This cause is before the Court on the "Motion of Ritch and Archer To Set Aside Clerk Entered Default" (Doc. 23), filed October 10, 2012. Defendants Timothy S. Ritch and The Archer Group, LLC seek to set aside the Clerk's Entries of Default (Docs. 11 and 12) entered against them. They advise the Court that Plaintiff does not object to their motion, and as of the date of this Order Plaintiff has not filed any objection. Accordingly, upon review of the matter, it is

**ORDERED AND ADJUDGED**:

That the "Motion of Ritch and Archer To Set Aside Clerk Entered Default" (Doc. 23) is granted and the Clerk's Entries of Default (Docs. 11 and 12) are hereby set aside.

**DONE AND ORDERED** this ___24th___ day of October 2012.

*Howell W. Melton*
Senior United States District Judge

c:     Counsel of Record